**CHE CONSULTING, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2007–5172.**

United States Court of Appeals,
Federal Circuit.

April 21, 2008.

ON MOTION

*ORDER*

CHE Consulting, Inc. moves for reconsideration of the court's March 27, 2008, 274 Fed.Appx. 874, order dismissing its appeal for failure to file the appendix and moves for an extension of time, until April 8, 2008, to file its reply brief and the appendix. CHE states that the United States consents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.